FILED
JAN 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8037

UNITED STATES OF AMERICA,            ) Magistrate Case No.:
                                     )
              Plaintiff,             ) COMPLAINT FOR VIOLATION OF
                                     )
      vs.                            ) 21 U.S.C. § 952 and 960
                                     ) Importation of a Controlled Substance
Jose FELIX-Garcia                    ) (Felony)
                                     )
              Defendant.             )

The undersigned complainant being duly sworn states:

That on or about January 18, 2008, within the Southern District of California, defendant Jose FELIX-Garcia did knowingly and intentionally import approximately 29.46 kilograms (64.81 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 18, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 22ND, DAY OF JANUARY 2008.

_____
Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Joe Morquecho, declare under penalty of perjury, the following is true and correct:

On January 18, 2008, at approximately 1630 hours, Jose FELIX-Garcia, a citizen of Mexico, entered the United States from Mexico at the Calexico, CA East Port of Entry. FELIX was the driver and sole occupant of a 1996 Ford Thunderbird, bearing Baja California / Mexico license plates BEG6611. Customs and Border Protection (CBP) Officers discovered 21 packages of a green leafy substance, weighing 29.46 kilograms (64.81 pounds), concealed in the quarter panels of the vehicle. One of the packages was probed and field-tested positive for the indication of marijuana.

FELIX was arrested in violation of Title 21 United States Code Section 952, Importation of controlled substance. FELIX acknowledged his Miranda rights. FELIX acknowledged his rights and waived them, agreeing to answer questions without the presence of a lawyer. FELIX admitted that he had accepted a job to drive the vehicle loaded with marijuana into the United States from Mexico. FELIX stated that he thought that he would be paid $600.00 to drive the vehicle to the Wal-Mart in Calexico, CA, where he would leave it parked with the vehicle keys in it. FELIX was processed and booked into the Imperial County Jail to await his initial appearance before a U.S. Magistrate Judge.

Executed on January 19, 2007 (date) at 1546 (hours).

_____
Joe Morquecho
SPECIAL AGENT

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant(s) named in the probable cause statement committed the offense on 1/18/08 in violation of Title 21, United States Code, Section(s) 952 and 960.

_____     1/19/08 @ 4:05 p.m.
United States Magistrate Judge            Date/Time